IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOEL AARON SILBERMANN, | : | Civil No. 4:25-CV-00904 |
| Plaintiff, | : | |
| v. | : | |
| JUDGE JOHN GEMBIE, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

Before the court is a report and recommendation of United States Magistrate Judge Susan E. Schwab recommending that this action be dismissed for failure to pay the filing fee or file a properly completed application for leave to proceed *in forma pauperis*. (Doc. 5.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.[1] *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record,"

---

[1] The court notes that Plaintiff filed a "motion to use paid funds as collateral." (Doc. 6.) However, the motion neither addresses the requirements of the application for *in forma pauperis* filing status nor pays the filing fee.

Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Schwab's analysis is well-reasoned and fully supported by the record and applicable law. Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 5, is **ADOPTED**.

2) The "motion to use unpaid funds as collateral," Doc. 6, is **DENIED**.

3) This action is **DISMISSED WITHOUT PREJUDICE**.

4) The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: November 6, 2025